UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 1:24-cv-21527-KMW

OTTO PARDINAS, on behalf of himself and
others similarly situated,

       Plaintiff,

v.

OSCAR HEALTH INC.,

       Defendant.
_____/

## NOTICE OF LIMITED APPEARANCE AS COUNSEL
## AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that ANDREW KEMP-GERSTEL, Esq., of the law firm LIEBLER, GONZALEZ & PORTUONDO, without waiving any right to move to dismiss based on lack of jurisdiction, hereby enters his appearance as counsel for Defendant, OSCAR HEALTH, INC., in these proceedings. All parties are requested to take notice of the appearance of undersigned counsel and to serve all copies of any and all motions, orders, pleadings, papers, reports, and/or documents of any kind or nature upon the undersigned counsel.

Respectfully submitted,

*/s/ Andrew Kemp-Gerstel*
ANDREW KEMP-GERSTEL
Florida Bar No. 0044332
Email: akg@lgplaw.com
Secondary Email: mkv@lgplaw.com
MICHAEL D. STARKS
Florida Bar No. 0086584
Email: mds2@lgplaw.com
Secondary Email: sck@lgplaw.com
MORGAN E. CARR
Florida Bar No. 1040415

**LIEBLER, GONZALEZ & PORTUONDO**
Courthouse Tower - 25th Floor, 44 West Flagler Street, Miami, FL 33130   (305) 379-0400

              Email: mec@lgplaw.com
              Secondary Email: sck@lgplaw.com
              **LIEBLER, GONZALEZ & PORTUONDO**
              Courthouse Tower - 25th Floor
              44 West Flagler Street
              Miami, FL 33130
              Telephone: (305) 379-0400
              Facsimile: (305) 379-9626

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this **6th** day of **May, 2024**, I electronically caused the foregoing document to be filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record in the manner specified via transmission of Notices of Electronic Filing generated by CM/ECF.

              */s/ Andrew Kemp-Gerstel*_____
              ANDREW KEMP-GERSTEL