# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 1:24-CV-21527-KMW**

| | |
|---|---|
| OTTO PARDINAS on behalf of himself and others similarly situated, | : |
| Plaintiff, | : |
| v. | : |
| OSCAR HEALTH, INC., | : |
| Defendant. | : |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Otto Pardinas hereby voluntarily dismisses his claims in the above-entitled action against Defendant Oscar Health, Inc. without prejudice. Each party shall bear its own costs.

Dated: June 7, 2024

Respectfully submitted,

**/s/ Geoffrey J. Moul**
Geoffrey J. Moul (92496)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
(614) 488-0400
(614) 488-0401 facsimile
moul@mmmb.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I electronically filed the foregoing using the CM/ECF system, which will automatically provide notice to all counsel of record by electronic means.

                                              **/s/ Geoffrey J. Moul**
                                              Geoffrey J. Moul